(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>**Western District of Wisconsin** | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wallgren, David M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wallgren, Sandra L.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**FKA Sandra Smith, Sandra Burke, Sandy Wallgren, Sandy Burke, Sandy Smith** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-6592** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-9038** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**400 Galena St., No. 8**<br>**Argyle, WI 53504** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**400 Galena St., No. 8**<br>**Argyle, WI 53504** |
| County of Residence or of the<br>Principal Place of Business: **Lafayette** | County of Residence or of the<br>Principal Place of Business: **Lafayette** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 315**<br>**Argyle, WI 53504** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 315**<br>**Argyle, WI 53504** |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)** 

| | |
|---|---|
| **Voluntary Petition** | FORM B1, Page 2 |
| *(This page must be completed and filed in every case)* | Name of Debtor(s): Wallgren, David M. / Wallgren, Sandra L. |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

**FORM B1**, Page 2

Name of Debtor(s):
**Wallgren, David M.**
**Wallgren, Sandra L.**

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ David M. Wallgren**
Signature of Debtor **David M. Wallgren**

X   **/s/ Sandra L. Wallgren**
Signature of Joint Debtor **Sandra L. Wallgren**

Telephone Number (If not represented by attorney)

**October  8, 2005**
Date

**Signature of Attorney**

X   **/s/ Steven W. Zaleski**
Signature of Attorney for Debtor(s)
**Steven W. Zaleski**
Printed Name of Attorney for Debtor(s)
**ZALESKI LAW FIRM**
Firm Name
**20 E. Milwaukee St., Ste. 302**
**Janesville, WI 53545**
Address
**608-758-4080**
Telephone Number
**October  8, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Steven W. Zaleski**        **October  8, 2005**
Signature of Attorney for Debtor(s)       Date
**Steven W. Zaleski**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of Wisconsin

In re    **David M. Wallgren,**
      **Sandra L. Wallgren**

Case No. _____

_____ ,

         Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 20,200.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,211.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 40,056.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,964.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,962.00 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 20,200.00 | | |
| Total Liabilities | | | | 44,267.00 | |

In re    **David M. Wallgren,**                             Case No. _____

          **Sandra L. Wallgren**

                                       Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

\_\_**0**\_\_ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re    **David M. Wallgren,**
        **Sandra L. Wallgren**                              Case No. _____

_____,
                       Debtors

# SCHEDULE B. PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

     If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking/savings account, Woodford State Bank, Monroe, WI** | **J** | **200.00** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **TV sets (2)** | **J** | **80.00** |
| | | **VCR** | **J** | **20.00** |
| | | **Sofa** | **J** | **50.00** |
| | | **Microwave** | **J** | **20.00** |
| | | **Refrigerator** | **J** | **100.00** |
| | | **Stove** | **J** | **200.00** |
| | | **Washer/dryer** | **J** | **100.00** |
| | | **Bed** | **J** | **100.00** |
| | | **Dressers (2)** | **J** | **40.00** |
| | | **Kitchen table/chairs** | **J** | **80.00** |
| | | **Stereo** | **J** | **20.00** |
| | | **Desktop computer** | **J** | **100.00** |

                                                Sub-Total >        **1,110.00**
                                                (Total of this page)

    __3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re   **David M. Wallgren,**
      **Sandra L. Wallgren**
      Case No. _____

Debtors  ,

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Laptop computer | J | 200.00 |
| | | Freezer | J | 50.00 |
| | | Yard tools | J | 50.00 |
| | | Lawn mower | J | 20.00 |
| | | Pots/pans | J | 20.00 |
| | | Dishware | J | 20.00 |
| | | Glassware | J | 20.00 |
| | | Flatware | J | 20.00 |
| | | Kitchen utensils | J | 20.00 |
| | | Linens | J | 20.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Compact discs, vcr tapes | J | 50.00 |
| 6. Wearing apparel. | | Clothing and shoes | J | 300.00 |
| 7. Furs and jewelry. | | Wedding band, misc. earrings, rings, bracelets, necklaces | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Fishing equipment | J | 50.00 |
| | | Shot guns (2) | J | 200.00 |
| | | .22 rifle | J | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **2,090.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re      **David M. Wallgren,**
           **Sandra L. Wallgren**                                    Case No. _____

_____,
                        Debtors

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                         **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **David M. Wallgren,**           Case No. _____
   **Sandra L. Wallgren**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1983 Liberty, 14 *70 mobile home | J | 5,000.00 |
| | | 1995 Chevy 4*4 Silverado pickup, 145k miles | J | 8,000.00 |
| | | 1998 Dodge Stratus, 4 door, 81k miles | J | 4,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

| | |
|---|---|
| Sub-Total > | 17,000.00 |
| (Total of this page) | |
| Total > | 20,200.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **David M. Wallgren,**                Case No. _____
        **Sandra L. Wallgren**
                                                        ,
                                     Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☑ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking/savings account, Woodford State Bank, Monroe, WI** | **11 U.S.C. § 522(d)(5)** | **200.00** | **200.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **TV sets (2)** | **11 U.S.C. § 522(d)(3)** | **80.00** | **80.00** |
| **VCR** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Sofa** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Microwave** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Refrigerator** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Stove** | **11 U.S.C. § 522(d)(3)** | **200.00** | **200.00** |
| **Washer/dryer** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Bed** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Dressers (2)** | **11 U.S.C. § 522(d)(3)** | **40.00** | **40.00** |
| **Kitchen table/chairs** | **11 U.S.C. § 522(d)(3)** | **80.00** | **80.00** |
| **Stereo** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Desktop computer** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Laptop computer** | **11 U.S.C. § 522(d)(3)** | **200.00** | **200.00** |
| **Freezer** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Yard tools** | **11 U.S.C. § 522(d)(3)** | **50.00** | **50.00** |
| **Lawn mower** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Pots/pans** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Dishware** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Glassware** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Flatware** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |
| **Kitchen utensils** | **11 U.S.C. § 522(d)(3)** | **20.00** | **20.00** |

   __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **David M. Wallgren,**
        **Sandra L. Wallgren**

              Case No. _____

_____,
             Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Linens | 11 U.S.C. § 522(d)(3) | 20.00 | 20.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Compact discs, vcr tapes | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| Clothing and shoes | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Wedding band, misc. earrings, rings, bracelets, necklaces | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Fishing equipment | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Shot guns (2) | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| .22 rifle | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1983 Liberty, 14 *70 mobile home | 11 U.S.C. § 522(d)(5) | 5,000.00 | 5,000.00 |
| 1995 Chevy 4*4 Silverado pickup, 145k miles | 11 U.S.C. § 522(d)(2) 11 U.S.C. § 522(d)(5) | 5,550.00 2,450.00 | 8,000.00 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re   **David M. Wallgren,**                                          Case No. _____
         **Sandra L. Wallgren**

_____,
                                                Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2003** | | | | | |
| **JSB Finance Company/Cars-R-Us 320 E. Main St. Dakota, IL 61018** | | J | **Purchase money** **1998 Dodge Stratus, 4 door, 81k miles** | | | | | |
| | | | Value $               **4,000.00** | | | | **4,211.00** | **211.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

|  |  |
|---|---|
| Subtotal (Total of this page) | **4,211.00** |
| Total (Report on Summary of Schedules) | **4,211.00** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6E
(12/03)

In re    **David M. Wallgren,**
     **Sandra L. Wallgren**                                    Case No. _____

_____,
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F
(12/03)

In re   **David M. Wallgren,**                                         Case No. _____
        **Sandra L. Wallgren**

_____,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Alltel Communications** **PO Box 94255** **Palatine, IL 60094-4255** | | J | | | **2005** **Telephone services** | | | | **773.00** |
| Account No. **American Collections** **PO Box 1536** **Chula Vista, CA 91912** | | J | | | **Various** **Accounts referred for collection** | | | | **Unknown** |
| Account No. **Anderson Financial Network** **PO Box 3427** **Bloomington, IL 61702** | | J | | | **2004** **Account referred for collection: Verizon/GTE** | | | | **668.00** |
| Account No. **Argyle Clinic** **PO Box 297** **Argyle, WI 53504** | | J | | | **2005** **Medical services** | | | | **1,388.00** |
| __12__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **2,829.00** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:23887-031103    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **David M. Wallgren,**
    **Sandra L. Wallgren**
                                    Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Argyle EMS**<br>**PO Box 124**<br>**Argyle, WI 53504** | | J | | **2005**<br>**Medical services** | | | | **388.00** |
| Account No.<br><br>**Associated Collectors Inc.**<br>**113 W. Milwaukee St.**<br>**Janesville, WI 53547-1039** | | J | | **Various**<br>**Accounts referred for collection** | | | | **Unknown** |
| Account No.<br><br>**Avco Finance**<br>**640 8th St.**<br>**Monroe, WI 53566** | | J | | **Listed for notice purposes** | | | | **Unknown** |
| Account No.<br><br>**Capital One Bank**<br>**4851 Cox Rd.**<br>**Glen Allen, VA 23060** | | J | | **Various**<br>**Credit card** | | | | **1,044.00** |
| Account No.<br><br>**CB USA**<br>**PO Box 9714**<br>**Johnson City, TN 37615** | | J | | **Various**<br>**Credit card** | | | | **319.00** |

Sheet no. __**1**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,751.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **David M. Wallgren,**
      **Sandra L. Wallgren**
                                                ,     Case No. _____
                               Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chase** 4915 Independence Parkway Tampa, FL 33634 | | J | Various Credit card | | | | 242.00 |
| Account No. **Citibank** PO Box 6003 Hagerstown, MD 21747 | | J | Various Credit card | | | | Unknown |
| Account No. **Citicorp Credit Services** 7930 NW 110th St. Kansas City, MO 64153 | | J | Various Credit card | | | | Unknown |
| Account No. **Citifinancial** 3232 Royal Lane Irving, TX 75063 | | J | Various Credit card | | | | Unknown |
| Account No. **Columbia House** Customer Service Center 1400 North Fruitridge Ave. Terre Haute, IN 47811 | | J | Various Music club membership | | | | 100.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)      342.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **David M. Wallgren,**
        **Sandra L. Wallgren**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  <br><br>**Country Woman**  <br>**PO Box 992**  <br>**Greendale, WI 53129** | | J | | **2004**  <br>**Magazine subscription** | | | | 10.00 |
| Account No.  <br><br>**Credit Bureau Centre**  <br>**PO Box 273**  <br>**Monroe, WI 53566** | | J | | **Various**  <br>**Accounts referred for collection: Argyle Clinic, Argyle EMS** | | | | 4,237.00 |
| Account No.  <br><br>**Credit First National Association**  <br>**PO Box 81083**  <br>**Cleveland, OH 44181** | | J | | **Various**  <br>**Credit card** | | | | 393.00 |
| Account No.  <br><br>**Fingerhut**  <br>**PO Box 7999**  <br>**Saint Cloud, MN 56302** | | J | | **Various**  <br>**Credit card** | | | | Unknown |
| Account No.  <br><br>**First Collection Services**  <br>**10925 Otter Creek E. Blvd.**  <br>**Mabelvale, AR 72103** | | J | | **2003**  <br>**Account referred for collection: Alltel Communications.** | | | | Unknown |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,640.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **David M. Wallgren,**
         **Sandra L. Wallgren**                                              Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Listed for notice purposes | | | | |
| **First Community Credit Union 1702 Park Ave. Beloit, WI 53511** | | J | | | | | | **Unknown** |
| **Account No.** | | | | Various Credit card | | | | |
| **First Premier Bank 900 W. Delaware St. Sioux Falls, SD 57104-0347** | | J | | | | | | **280.00** |
| **Account No.** | | | | Various Credit card | | | | |
| **First Premier Bank 601 S. Minnesota Ave. Sioux Falls, SD 57104** | | J | | | | | | **332.00** |
| **Account No.** | | | | Various Credit card | | | | |
| **First USA Bank 800 Brooksedge Blvd. Westerville, OH 43081** | | J | | | | | | **227.00** |
| **Account No.** | | | | 2005 Account referred for collection: Publishers Clearinghouse | | | | |
| **GC Services PO Box 3026 Houston, TX 77253** | | J | | | | | | **50.00** |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **889.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **David M. Wallgren,**
   **Sandra L. Wallgren**                                    Case No. _____

_____,
                                  Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Great Lakes Educational Loan Services**<br>**PO Box 7860**<br>**Madison, WI 53708-8973** | | J | | | **Various**<br>**Student loans** | | | | **3,624.00** |
| Account No.<br><br>**Handyman Club of America**<br>**12301Whitewater Drive, PO Box 3418**<br>**Hopkins, MN 55343** | | J | | | **2005**<br>**Credit** | | | | **Unknown** |
| Account No.<br><br>**Home Depot**<br>**Processing Center**<br>**Des Moines, IA 50364** | | J | | | **Various**<br>**Credit card** | | | | **400.00** |
| Account No.<br><br>**HSBC NV**<br>**PO Box 98706**<br>**Las Vegas, NV 89193-8706** | | J | | | **Various**<br>**Credit card** | | | | **445.00** |
| Account No.<br><br>**Jewelry Savings Plan**<br>**125 Armstrong Rd.**<br>**Des Plaines, IL 60018** | | J | | | **2005**<br>**Merchandise on credit** | | | | **20.00** |

Sheet no. __**5**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,489.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **David M. Wallgren,**
       **Sandra L. Wallgren**                                   Case No. _____

_____,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**L&S Gas Corporation**<br>**7805 Route 78 North**<br>**Warren, IL 61087** | | J | **2005**<br>**Gas Services** | | | | 2,587.00 |
| Account No.<br><br>**Lafayetter County Human Services**<br>**PO Box 206**<br>**Darlington, WI 53530** | | J | **2005**<br>**Fees** | | | | 1,420.00 |
| Account No.<br><br>**LDG Financial Services**<br>**4553 Winters Chapel Rd.**<br>**Atlanta, GA 30360** | | J | **Various**<br>**Account referred for collection: Alltel Communications** | | | | 537.00 |
| Account No.<br><br>**Lovelace Pump Co. Inc.**<br>**9914 County M**<br>**Argyle, WI 53504** | | J | **2001**<br>**Services** | | | | 198.00 |
| Account No.<br><br>**Madison Radiologists**<br>**PO Box 44269**<br>**Madison, WI 53744** | | J | **2004**<br>**Medical services** | | | | 18.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **4,760.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **David M. Wallgren,**
      **Sandra L. Wallgren**

Case No. _____

_____,
                                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Matrix<br>PO Box 660780<br>Dallas, TX 75266-0780** | | J | | **2005<br>Telephone service** | | | | 110.00 |
| Account No.<br><br>**Meriter Hospital Inc.<br>202 S. Park St.<br>Madison, WI 53715-1599** | | J | | **Various<br>Medical services** | | | | 3,286.00 |
| Account No.<br><br>**Midnight Velvet<br>1112 7th Ave.<br>Monroe, WI 53566** | | J | | **Various<br>Merchandise on credit** | | | | 342.00 |
| Account No.<br><br>**Monroe Clinic Hospital<br>515 22nd Ave.<br>Monroe, WI 53566** | | J | | **Various<br>Medical services** | | | | Unknown |
| Account No.<br><br>**National Account Systems of Madison<br>6617 Seybold Rd.<br>Madison, WI 53719-2705** | | J | | **2005<br>Account referred for collection** | | | | Unknown |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,738.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **David M. Wallgren,**
       **Sandra L. Wallgren**                                      Case No. _____

_____,
                                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**NCO Financial System**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | J | | Various<br>Account referred for collection: Seventh Ave., Ginnys | | | | 678.00 |
| Account No.<br><br>**Norht Shore Agency**<br>**751 Summa Ave.**<br>**Westbury, NY 11590** | | J | | 2005<br>Account referred for collection: Jewelry Savings Plan | | | | 20.00 |
| Account No.<br><br>**Orthopaedic & Sports Medicine**<br>**1905 5th St.**<br>**Monroe, WI 53566** | | J | | 2005<br>Medical services | | | | 7,998.00 |
| Account No.<br><br>**Paskin & Oberwetter**<br>**PO Box 151**<br>**Madison, WI 53701-0151** | | J | | 2005<br>Accounts referred for collection | | | | 814.00 |
| Account No.<br><br>**Providian Processing Center**<br>**PO Box 660548**<br>**Dallas, TX 75266-0548** | | J | | Various<br>Credit card | | | | 834.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      10,344.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **David M. Wallgren,**
     **Sandra L. Wallgren**                                                    Case No. _____

_____,
                                            Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Publishers Clearinghouse** <br> **PO Box 26301** <br> **Lehigh Valley, PA 18002-6301** | | | J | | **Various** <br> **Magazine subscriptions** | | | | 54.00 |
| Account No. <br><br> **Quest Diagnostics** <br> **PO Box 64804** <br> **Baltimore, MD 21264-4804** | | | J | | **2005** <br> **Medical services** | | | | 250.00 |
| Account No. <br><br> **RJM Acquisitions LLC** <br> **PO Box 18006** <br> **Hauppauge, NY 11788-8806** | | | J | | **2005** <br> **Account referred for collection:** <br> **Axsys/Fingerhut** | | | | 184.00 |
| Account No. <br><br> **Rodale** <br> **PO Box 6024** <br> **Emmaus, PA 18098** | | | J | | **2005** <br> **Merchandise on credit** | | | | 42.00 |
| Account No. <br><br> **School District of Argyle** <br> **PO Box 256** <br> **Argyle, WI 53504-0256** | | | J | | **2005** <br> **Fees** | | | | 18.00 |

Sheet no. __**9**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            548.00

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **David M. Wallgren,**          Case No. _____
         **Sandra L. Wallgren**
_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Security Finance Corporation<br>PO Box 811<br>Spartanburg, SC 29304-0811** | | J | **2005<br>Personal loans** | | | | 842.00 |
| Account No.<br><br>**SLM Education Credit Financing<br>PO Box 7859<br>Madison, WI 53704** | | J | **Various<br>Student loans** | | | | 1,640.00 |
| Account No.<br><br>**Southern WI Oral & Maxillofacial Surgery<br>1005 16th Ave.<br>Monroe, WI 53566** | | J | **2005<br>Dental services** | | | | 48.00 |
| Account No.<br><br>**Stark Agency<br>PO Box 45710<br>Madison, WI 53744-5710** | | J | **2004<br>Account referred for collection** | | | | 255.00 |
| Account No.<br><br>**Swiss Colony<br>1112 7th Ave.<br>Monroe, WI 53566** | | J | **2005<br>Merchandise on credit** | | | | 400.00 |

Husband, Wife, Joint, or Community

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,185.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **David M. Wallgren,**
     **Sandra L. Wallgren**
                                             ,

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Taste of Home**<br>**PO Box 992**<br>**Greendale, WI 53129-0992** | | J | | | **2005**<br>**Magazine subscription** | | | | **18.00** |
| Account No.<br><br>**The Monroe Clinic**<br>**515 22nd Ave.**<br>**Monroe, WI 53566** | | J | | | **Various**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**Univ. of Wisconsin Hospitals/Clinics**<br>**Box 78853**<br>**Milwaukee, WI 53278-0853** | | J | | | **Various**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**UW Health University Physicians**<br>**Box 44968**<br>**Madison, WI 53744-4968** | | J | | | **Various**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**WFNNB/American**<br>**PO Box 182273**<br>**Columbus, OH 43218-2273** | | J | | | **Various**<br>**Credit card** | | | | **Unknown** |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **David M. Wallgren,**
**Sandra L. Wallgren**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Woodford State Bank PO Box 8 Woodford, WI 53599** | | J | **2004-2005 Personal loans** | | | | **2,000.00** |
| Account No. **Wynn Law Office PO Box 090826 Milwaukee, WI 53209** | | J | **2005 Account referred for collection: Roundy's** | | | | **523.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **2,523.00** |
| Total (Report on Summary of Schedules) | **40,056.00** |

In re    **David M. Wallgren,**
        **Sandra L. Wallgren**

                                  Debtors

Case No. _____

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
            schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
|  |  |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re    **David M. Wallgren,**                           Case No. _____

        **Sandra L. Wallgren**

                                Debtors

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Liana Smith**<br>**W4463 Hwy. County G**<br>**PO Box 262**<br>**Argyle, WI 53504** | **Security Finance Corporation**<br>**PO Box 811**<br>**Spartanburg, SC 29304-0811** |

   **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

Form B6I
(12/03)

In re   **David M. Wallgren,**                                    Case No. _____
         **Sandra L. Wallgren**
_____ ,
                                    Debtors
## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter** | AGE<br>**17** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Fork lift operator** | |
| Name of Employer | **Citation** | **Diabled** |
| How long employed | **One year** | |
| Address of Employer | **Browntown, WI 53522** | |

| INCOME:  (Estimate of average  monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **1,992.00** | $ **0.00** |
| Estimated monthly overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| SUBTOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **1,992.00** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security . . . . . . . . . . . . . . . . . . . . . . . . . | $ **308.00** | $ **0.00** |
| b. Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **100.00** | $ **0.00** |
| c. Union dues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| d. Other (Specify) **401k contribution** . . . . . . . | $ **120.00** | $ **0.00** |
|  . . . . . . . | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS . . . . . . . . . . . . . . . . . . . . . | $ **528.00** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY . . . . . . . . . . . . . . . . . . . . . | $ **1,464.00** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Income from real property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Interest and dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify)  **SSI benefits** . . . . . . . . . . . . . | $ **0.00** | $ **500.00** |
|  . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Pension or retirement income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) _____ . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
|  . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **1,464.00** | $ **500.00** |
| TOTAL COMBINED MONTHLY INCOME      $ **1,964.00** | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing
of this document:

In re    **David M. Wallgren,**                                              Case No. _____
     **Sandra L. Wallgren**

_____ ,
                      Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . $ | 252.00 |
| Are real estate taxes included?     Yes_____  No____**X**____ | |
| Is property insurance included?     Yes_____  No____**X**____ | |
| Utilities:  Electricity and heating fuel  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 300.00 |
|         Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|         Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 100.00 |
|         Other_____ . . . . . . . $ | 0.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 50.00 |
| Food  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 400.00 |
| Clothing  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 20.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 20.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 200.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . $ | 80.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|         Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 30.00 |
|         Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|         Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|         Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 110.00 |
|         Other_____ . . . . . . . $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|         (Specify)_____ . . . . . . . $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|         Auto _____ $ | 150.00 |
|         Other_____ . . . . . . . $ | 0.00 |
|         Other_____ . . . . . . . $ | 0.00 |
|         Other_____ . . . . . . . $ | 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . $ | 0.00 |
| Other_____ . . . . . . . $ | 0.00 |
| Other_____ . . . . . . . $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . $ | **1,962.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| D. Total amount to be paid into plan each _____ . . . . . . . $ | **N/A** |

                                    (interval)

# United States Bankruptcy Court
### Western District of Wisconsin

In re    David M. Wallgren
       Sandra L. Wallgren                                 Case No.
                                    Debtor(s)     Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October  8, 2005                   Signature    /s/ David M. Wallgren
                                                    David M. Wallgren
                                                    Debtor

Date   October  8, 2005                   Signature    /s/ Sandra L. Wallgren
                                                    Sandra L. Wallgren
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Western District of Wisconsin

In re    David M. Wallgren
Sandra L. Wallgren                            Case No. _____

                                      Debtor(s)         Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $17,928.00 | 2005 husband's employment income, Citation, Browntown, WI, approx. |
| $28,763.00 | 2004 husband's employment income, Iroquois Foundry, Inc., Browntown, WI. |
| $72.00 | 2004 husband's employment income, Timul Corp., Janesville, WI. |
| $3,305.00 | 2004 wife's employment income, SC Data Center Inc., Monroe, WI. |
| $23,013.00 | 2003 husband's employment income, Monroe Truck Equipment, Monroe, WI. |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,656.00 | 2003 wife's SSI benefits. |
| $6,799.00 | 2004 wife's SSI benefits. |
| $4,500.00 | 2005 wife's SSI benefits, approx. |

### 3. Payments to creditors

None
■

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Steven Zaleski 20 E. Milwaukee, Ste. 302 Janesville, WI 53545 | August 2005 | $500.00 |

**10. Other transfers**

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.
　　If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.
　　If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                        DATE ISSUED

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                                 DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY                       INVENTORY SUPERVISOR                       (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                       RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                        PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                                 NATURE AND PERCENTAGE
NAME AND ADDRESS                        TITLE                                     OF STOCK OWNERSHIP

7

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                      DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR            OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                  VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    October  8, 2005                Signature    /s/ David M. Wallgren
                                                      David M. Wallgren
                                                      Debtor


Date    October  8, 2005                Signature    /s/ Sandra L. Wallgren
                                                      Sandra L. Wallgren
                                                      Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of Wisconsin

In re    David M. Wallgren
        Sandra L. Wallgren                                    Case No.

Debtor(s)              Chapter     7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| **Description of Property** | **Creditor's name** |
|---|---|
| -NONE- | |

*b. Property to Be Retained*                        *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | 1998 Dodge Stratus, 4 door, 81k miles | JSB Finance Company/Cars-R-Us | | | X |

Date    October  8, 2005                 Signature    /s/ David M. Wallgren
                                                David M. Wallgren
                                                Debtor

Date    October  8, 2005                 Signature    /s/ Sandra L. Wallgren
                                                Sandra L. Wallgren
                                                Joint Debtor

# United States Bankruptcy Court
## Western District of Wisconsin

In re  David M. Wallgren
      Sandra L. Wallgren

                                          Debtor(s)

Case No.

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 500.00 |
| Prior to the filing of this statement I have received | $ | 500.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

      ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  October  8, 2005

/s/ Steven W. Zaleski

Steven W. Zaleski
ZALESKI LAW FIRM
20 E. Milwaukee St., Ste. 302
Janesville, WI 53545
608-758-4080

---

# United States Bankruptcy Court
## Western District of Wisconsin

In re  David M. Wallgren
      Sandra L. Wallgren                                 Case No.

                                                Debtor(s)        Chapter   7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  October  8, 2005                /s/ David M. Wallgren
                                        David M. Wallgren
                                        Signature of Debtor

Date:  October  8, 2005                /s/ Sandra L. Wallgren
                                        Sandra L. Wallgren
                                        Signature of Debtor

Alltel Communications
PO Box 94255
Palatine, IL 60094-4255

American Collections
PO Box 1536
Chula Vista, CA 91912

Anderson Financial Network
PO Box 3427
Bloomington, IL 61702

Argyle Clinic
PO Box 297
Argyle, WI 53504

Argyle EMS
PO Box 124
Argyle, WI 53504

Associated Collectors Inc.
113 W. Milwaukee St.
Janesville, WI 53547-1039

Avco Finance
640 8th St.
Monroe, WI 53566

Capital One Bank
4851 Cox Rd.
Glen Allen, VA 23060

CB USA
PO Box 9714
Johnson City, TN 37615

Chase
4915 Independence Parkway
Tampa, FL 33634

Citibank
PO Box 6003
Hagerstown, MD 21747

Citicorp Credit Services
7930 NW 110th St.
Kansas City, MO 64153

Citifinancial
3232 Royal Lane
Irving, TX 75063

Citifinancial
1420 Montana-35 Ste. I
Kalispell, MT 59901

Columbia House
Customer Service Center
1400 North Fruitridge Ave.
Terre Haute, IN 47811

Country Woman
PO Box 992
Greendale, WI 53129

Credit Bureau Centre
PO Box 273
Monroe, WI 53566

Credit First National Association
PO Box 81083
Cleveland, OH 44181

Fingerhut
PO Box 7999
Saint Cloud, MN 56302

First Collection Services
10925 Otter Creek E. Blvd.
Mabelvale, AR 72103

First Community Credit Union
1702 Park Ave.
Beloit, WI 53511

First Premier Bank
900 W. Delaware St.
Sioux Falls, SD 57104-0347

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104

First USA Bank
800 Brooksedge Blvd.
Westerville, OH 43081

GC Services
PO Box 3026
Houston, TX 77253

Great Lakes Educational Loan Services
PO Box 7860
Madison, WI 53708-8973

Handyman Club of America
12301Whitewater Drive, PO Box 3418
Hopkins, MN 55343

Home Depot
Processing Center
Des Moines, IA 50364

HSBC NV
PO Box 98706
Las Vegas, NV 89193-8706

Jewelry Savings Plan
125 Armstrong Rd.
Des Plaines, IL 60018

JSB Finance Company/Cars-R-Us
320 E. Main St.
Dakota, IL 61018

L&S Gas Corporation
7805 Route 78 North
Warren, IL 61087

Lafayetter County Human Services
PO Box 206
Darlington, WI 53530

LDG Financial Services
4553 Winters Chapel Rd.
Atlanta, GA 30360

Lovelace Pump Co. Inc.
9914 County M
Argyle, WI 53504

Madison Radiologists
PO Box 44269
Madison, WI 53744

Matrix
PO Box 660780
Dallas, TX 75266-0780

Meriter Hospital Inc.
202 S. Park St.
Madison, WI 53715-1599

Midnight Velvet
1112 7th Ave.
Monroe, WI 53566

Monroe Clinic Hospital
515 22nd Ave.
Monroe, WI 53566

National Account Systems of Madison
6617 Seybold Rd.
Madison, WI 53719-2705

NCO Financial System
507 Prudential Rd.
Horsham, PA 19044

Norht Shore Agency
751 Summa Ave.
Westbury, NY 11590

Orthopaedic & Sports Medicine
1905 5th St.
Monroe, WI 53566

Paskin & Oberwetter
PO Box 151
Madison, WI 53701-0151

Providian Processing Center
PO Box 660548
Dallas, TX 75266-0548

Publishers Clearinghouse
PO Box 26301
Lehigh Valley, PA 18002-6301

Quest Diagnostics
PO Box 64804
Baltimore, MD 21264-4804

RJM Acquisitions LLC
PO Box 18006
Hauppauge, NY 11788-8806

Rodale
PO Box 6024
Emmaus, PA 18098

School District of Argyle
PO Box 256
Argyle, WI 53504-0256

Security Finance Corporation
PO Box 811
Spartanburg, SC 29304-0811

SLM Education Credit Financing
PO Box 7859
Madison, WI 53704

Southern WI Oral & Maxillofacial Surgery
1005 16th Ave.
Monroe, WI 53566

Stark Agency
PO Box 45710
Madison, WI 53744-5710

Swiss Colony
1112 7th Ave.
Monroe, WI 53566

Taste of Home
PO Box 992
Greendale, WI 53129-0992

The Monroe Clinic
515 22nd Ave.
Monroe, WI 53566

Univ. of Wisconsin Hospitals/Clinics
Box 78853
Milwaukee, WI 53278-0853

UW Health University Physicians
Box 44968
Madison, WI 53744-4968

WFNNB/American
PO Box 182273
Columbus, OH 43218-2273

Woodford State Bank
PO Box 8
Woodford, WI 53599

Wynn Law Office
PO Box 090826
Milwaukee, WI 53209